IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WALTER L. HALL
REG. # 08528-030                                                                                          PLAINTIFF

v.                                    No. 2:11-cv-127-DPM-BD

UNITED STATES OF AMERICA;
LENNY NOAH, Warden, Federal
Correctional Complex, Perkin, Illinois;
STEVEN SELLERS, Plant Manager,
Unicor, Perkin, Illinois; T.C. OUTLAW,
Warden, FCI – Forrest City; ANNITA FORD,
Plant Supervisor, Unicor, FCI–Forrest City;
G. MALDONADO, JR., Regional Director,
Federal Bureau of Prisons; HARRELL WATTS,
Administrator, Federal Bureau of Prisons;
PALM HARRINGTON, Associate Warden,
Unicor, FCI – Forrest City; and DOES                                                   DEFENDANTS

ORDER

The Court has reviewed Magistrate Judge Beth Deere's Recommended Disposition, *Document No. 6*, and Hall's timely objection, *Document No. 11*. Hall reiterates his allegations that prison officials have failed to follow Bureau of Prisons policy on assigning inmates to Unicor jobs. *Document No. 11 at 2–3*. On *de novo* review, the Court overrules the objection and adopts the

Recommended Disposition in full.   Hall's complaint is dismissed without prejudice.

So Ordered.

*DPMarshall Jr.*
_____
D.P. Marshall Jr.
United States District Judge

<u>27 December 2011</u>