IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WALTER L. HALL
REG. # 08528-030                                                                PLAINTIFF

v.                               No. 2:11-cv-127-DPM

UNITED STATES OF AMERICA;
LENNY NOAH, Warden, Federal
Correctional Complex, Perkin, Illinois;
STEVEN SELLERS, Plant Manager,
Unicor, Perkin, Illinois; T.C. OUTLAW,
Warden, FCI – Forrest City; ANNITA FORD,
Plant Supervisor, Unicor, FCI–Forrest City;
G. MALDONADO, JR., Regional Director,
Federal Bureau of Prisons; HARRELL WATTS,
Administrator, Federal Bureau of Prisons;
PALM HARRINGTON, Associate Warden,
Unicor, FCI – Forrest City; and DOES                                            DEFENDANTS

JUDGMENT

Hall's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 December 2011